**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of T.S. and E.S.S., Children

Appellate case number:      01-22-00054-CV

Trial court case number:      2020 02393J

Trial court:      313th Judicial District Court of Harris County

This case was abated and remanded to the trial court on April 15, 2022. In the amended abatement order,[1] we directed the trial court to appoint new counsel to represent appellant, mother, on appeal and to have a supplemental clerk's record containing that appointment filed in this Court. On April 26, 2022, the trial court clerk filed a supplemental clerk's record containing the trial court's order appointing Stephen E. Newhouse to represent appellant on appeal. *See* TEX. R. APP. P. 6.1. Accordingly, we **REINSTATE** this case on the Court's active docket.

Appellant's brief is **due on May 16, 2022**—20 days from the date appellant's counsel was appointed. *See* TEX. R. APP. P. 4.1(a), 28.4, 38.6(a). Because this is a termination case, this Court is required to bring this appeal to final disposition within 180 days of January 25, 2022, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* TEX. R. JUD.

---

[1] The Court's amended abatement order stated:

> [W]e have reviewed the appellate record and [previously] appointed counsel's *Anders* brief, and conclude that the appeal warrants further development by new appellate counsel on the following arguable grounds for appeal: whether evidence is legally and factually insufficient to support the trial court's findings that appellant constructively abandoned the children, who had been placed in the permanent or temporary managing conservatorship of the Department of Family and Protective Services for not less than six months, that appellant failed to comply with the provisions of a court order that specifically established the actions necessary for her to obtain the return of the children, and that termination of appellant's parental rights was in the best interest of the children. *See* TEX. FAM. CODE ANN. § 161.001(b)(1)(N), (b)(1)(O), (b)(2).

We noted that newly appointed appellate counsel is not prevented from briefing any other arguable grounds of appeal.

ADMIN. 6.2, reprinted in TEX. GOV'T. CODE ANN., tit. 2, subtit. F app.  Accordingly, **no extensions of time will be granted absent extraordinary circumstances**.  *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.


Judge's signature:  _____/s/ Julie Countiss_____
                    ☑ Acting individually     ☐ Acting for the Court


Date:  ___April 28, 2022_____